**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed January 24, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-01077-CV

---

## IN RE ENVIRONMENTAL ALLIES GP, INC. AND SALVADOR CASTRUITA, JR.

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 333rd District Court
### Harris County, Texas
### Trial Court Cause No. 2016-83558

---

## M E M O R A N D U M   O P I N I O N

On December 14, 2018, relators Environmental Allies GP, Inc. and Salvador Castruita, Jr. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Daryl L. Moore, presiding judge of the 333rd District Court of Harris County, to grant their motion to compel real party in interest Liza Anderson to submit to a medical examination.

On January 10, 2019, relators filed a motion to dismiss, stating the trial court granted the relief sought in the petition for mandamus. Therefore, the petition for writ of mandamus is now moot.

The motion is granted and the petition for mandamus is dismissed as moot.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.